## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA LATHAM, | Case No.: 3:17-cv-00481 |
| Plaintiff, | Hon. Robert N. Chatigny, U.S.D.J. |
| vs. | |
| SANFORD AUTO CENTER, LLC and CREDIT ACCEPTANCE CORPORATION, | |
| Defendants. | June 20, 2017 |

**CONSENT MOTION FOR EXTENSION OF DEFENDANT
CREDIT ACCEPTANCE CORPORATION'S TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, and upon the consent of plaintiff Theresa Latham ("Plaintiff"), defendant Credit Acceptance Corporation ("Credit Acceptance") hereby moves this Court for an extension of time of thirty (30) days, up to and including July 21, 2017, within which to answer, move, or otherwise respond to Plaintiff's Complaint [CM/ECF Doc. 1] (the "Complaint"). In support of this motion, Credit Acceptance states as follows:

1. The Federal Rules of Civil Procedure authorize the Court to extend the time within which an act may or must be done, for good cause, "with or without motion or notice if . . . a request is made . . . before the original time or its extension expires." FED. R. CIV. P. 6(b).

2. Plaintiff filed her Complaint in this action on March 23, 2016, and an Electronic Summons was issued on March 24, 2017. *See* CM/ECF Docs. 1, 6.

3. Credit Acceptance was served on June 1, 2017 and, therefore, its current deadline to answer, move, or otherwise respond to the Complaint is June 21, 2017. *See* FED. R. CIV. P. 12(a)(1)(A) (providing, generally, that defendant must serve an answer "within 21 days after being served with the summons and complaint").

4. Credit Acceptance has filed the instant motion before its time to answer, move, or otherwise respond to the Complaint has expired.

5. The instant motion was not filed at least three (3) days before the original deadline because counsel for Credit Acceptance desired to confer with Plaintiff's counsel regarding a potential resolution of the matter and, if necessary, to seek the consent of Plaintiff's counsel to the requested extension prior to filing (which it was only able to accomplish earlier today).

6. The requested extension is necessary to allow the parties an opportunity to attempt to resolve some or all of the claims in this matter without further litigation and, if the matter cannot be resolved in its entirety, to allow Credit Acceptance to fully and properly respond to the Complaint.

7. As noted above, counsel for Credit Acceptance has inquired of Plaintiff's counsel, and Plaintiff's counsel has consented to the requested extension.

8. This is the first motion by Credit Acceptance for an extension of time to answer, move, or otherwise respond to the Complaint.

WHEREFORE, Credit Acceptance respectfully request that this Court enter an Order (i) extending the time within which Credit Acceptance is required to answer, move, or otherwise respond to the Complaint for a period of thirty (30) days, up to and including July 21, 2017; and (ii) granting such other and further relief as the Court deems just and proper.

[*Signature on Following Page*]

Respectfully submitted,

SEIGER GFELLER LAURIE LLP

By: ___/s/ Heather L. McCoy, Esq.___
      Heather L. McCoy, Esq. (ct28788)

977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel.: (860) 760-8400
Fax: (860) 760-8401
hmccoy@sgllawgroup.com

Matthew D. Sobolewski, Esq.
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
Fax: (212) 448-0066
msobolewski@mclaughlinstern.com
(*Pro Hac Vice Admission Anticipated*)

*Attorneys for Defendant Credit Acceptance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017, a copy of the foregoing Consent Motion for Extension of Time to Answer, Move, or Otherwise Respond to Complaint was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

SEIGER GFELLER LAURIE LLP

By: ____/s/ Heather L. McCoy, Esq._____
    Heather L. McCoy, Esq. (ct28788)

977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel.: (860) 760-8400
Fax: (860) 760-8401
hmccoy@sgllawgroup.com