UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THERESA LATHAM | : | CIVIL NO. 3:17-CV-00481-RNC |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SANFORD AUTO CENTER, ET AL. | : | |
|    Defendants | : | JUNE 23, 2017 |

## MOTION TO STRIKE

The Defendant, Sanford Auto Center, LLC makes this motion to strike pursuant to Fed. Rule of Civ. Pro. 12(f)(2) asking that the Court to strike Count E., titled "Negligent Misrepresentation" from the Plaintiff's March 23, 2017 complaint.

Under federal rule 12(f), this court may strike any redundant or impertinent matter from any pleading either on its own (12(f)(1)) or upon a motion made by a party (12(f)(2)) before responding to the pleading.

In the Second Circuit a negligent misrepresentation count shall be plead as a claim of fraud, and not as a claim of negligence. See *Aetna Casualty and Surety Co v. Aniero Concrete Co.*, 404 F3d 566, 583 (2d Cir 2005). The Plaintiff alleges, in Count D of its complaint, a fraudulent misrepresentation claim. Because of the Second Circuit Court of Appeals' adoption of this treatment of negligent misrepresentation claims Count E is redundant of Count D as this court must construe it as a fraud claim plead under the the heightened standard per federal rule civil procedure 9(b). Because this treatment essentially bars a claim of negligent misrepresentation, the claim that a misrepresentation was made negligently is also impertinent to the complaint in light of the Plaintiff's separate fraudulent misrepresentation count. For these reasons this motion is appropriately brought under rule 12(f)(2) and not 12 (b)(6).

**WHEREFORE**, the Plaintiff moves that the Court to strike Count E, the "negligent misrepresentation" count of the Plaintiff's complaint.

DEFENDANT,
SANFORD AUTO CENTER, LLC

By:    __s/ Joseph R. Sastre___
Joseph Sastre
Federal Bar No. ct 28621
The Law Office of
Joseph R. Sastre, LLC
67 Chestnut Street
Bristol, CT 06010
Tel: 860 261-5643
Fax: 860 261-5786
E-mail: joseph.sastre@gmail.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically on June 23, 2017. Notice of this filing was sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/ Joseph R. Sastre___
Joseph R. Sastre
Attorney for Sanford Auto Center, LLC